JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA G. D., | Case No. 2:19-CV-09373 JAK (KES) |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  October 27, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE